No. 391, Misc. ROMAN-MORALES *v.* UNITED STATES; and

No. 497, Misc. JUAREZ-FLORES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Edward Fenig* for the United States in both cases. ▮

No. 399, Misc. WHITE *v.* PENNSYLVANIA. C. A. 3d Cir. Certiorari denied. *Robert W. Duggan* for respondent.

No. 437, Misc. LEWIS *v.* FRYE, WARDEN. Sup. Ct. Ill. Certiorari denied.

No. 438, Misc. JACKSON *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 440, Misc. FORD *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied. *Gerald W. Getty* and *James J. Doherty* for petitioner. ▮

No. 444, Misc. DEFOE *v.* UNITED STATES; and

No. 462, Misc. MORGAN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Clyde P. West* for petitioner in No. 444, Misc. *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Beatrice Rosenberg* for the United States in both cases. ▮

No. 467, Misc. WALKER *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *Roland D. Hartshorn* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Beatrice Rosenberg* for the United States. ▮